UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                 Case No. 2:10-cr-136-FtM-29SPC

FRED MEGNA

_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 226) entered December 13, 2011, to which the parties have waived the 14 day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count One of the Information.

**Sentencing is scheduled for March 26, 2012 at 10:00 a.m. before the undersigned.**

**DONE and ORDERED** at Fort Myers, Florida, this 19th day of December, 2011.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record